Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Jerry Bernhaut, Esq. SBN 206264
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.  (707) 528-8175
Fax: (707) 542-7139
lhm28843@sbcglobal.net

Attorneys for Plaintiff
Northern California River Watch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF UKIAH; UKIAH VALLEY SANITATION DISTRICT; DOES 1-10, Inclusive,<br><br>　　　　　　　　　　　　Defendants.<br>_____ _ | **CASE NO. C04 04518 CW**<br><br>**ORDER GRANTING STIPULATION RE FILING SECOND AMENDED COMPLAINT** |

   IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, that the Plaintiff be allowed to file the Second Amended Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation, a copy of which is attached hereto as Exhibit "A".  By stipulating to the filing of the Second Amended Complaint, Defendant CITY OF UKIAH is not approving or admitting the allegations or contents of the Second Amended Complaint, or waiving its defenses thereto.

   IT IS FURTHER STIPULATED and agreed to by and between the parties to this action, that Defendants CITY OF UKIAH and UKIAH VALLEY SANITATION DISTRICT

C04 04518 CW
Stipulation Re Filing Second Amended Complaint
[Proposed] Order

1

will have thirty (30) days (plus three days for mail service) from the date of service of the Second Amended Complaint within which to plead in response to the Second Amended Complaint.

DATED: June ___ , 2005              JARVIS , FAY & DOPORTO, LLP

                                    /s/ Daniel P. Doporto For

                                    By: _____
                                    Rick W. Jarvis, Esq.
                                    Attorneys for Defendant
                                    CITY OF UKIAH

In addition to stipulating to the above, I, Jerry Bernhaut, attest that concurrence in the filing of this Stipulation re Filing Second Amended Complaint and [Proposed] Order has been obtained from the other signatory to this document.

                                    /s/ Jerry Bernhaut
DATED: June 17, 2005                _____
                                    JERRY BERNHAUT, Esq.
                                    Attorney for Plaintiff
                                    NORTHERN CALIFORNIA RIVER WATCH

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

         6/22/05                    /s. CLAUDIA WILKEN

DATED: _____             _____
                                    HON. CLAUDIA WILKEN
                                    JUDGE OF THE DISTRICT COURT
                                    FOR THE NORTHERN DISTRICT
                                    OF CALIFORNIA

C04 04518 CW
Stipulation Re Filing Second Amended Complaint
[Proposed] Order