UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF UKIAH,<br><br>        Defendant.<br>_____/ | No. C-04-4518 CW (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 7, 2005, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Should Defendant City of Ukiah or Defendant Ukiah Valley Sanitation District not approve the settlement, two member representatives (*i.e.*, City Council Members or Sanitation District Board Members) from the non-settling party shall personally appear at the Further Settlement Conference.

♦ **Further Settlement Conference statements shall be lodged with the Court by September 30, 2005.  If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

1   All other provisions of this Court's original Notice of Settlement Conference and Settlement
2   Conference Order shall remain in effect.
3   The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
4   522-4050 if this case settles prior to the date set for further settlement conference.

6   IT IS SO ORDERED.

8   Dated:  September 6, 2005

            _____
            EDWARD M. CHEN
            United States Magistrate Judge