```
 1  David Rapport, City Attorney, SBN: 54384
    CITY OF UKIAH
 2  RAPPORT & MARSTON
    405 W. Perkins Street
 3  Ukiah, CA 95482
    Telephone:   (707) 462-6846
 4  Facsimile:   (707) 462-4235

 5  Attorneys for Defendant
    CITY OF UKIAH
 6
    Rick W. Jarvis, SBN: 154479
 7  Benjamin P. Fay, SBN: 178856
    Daniel P. Doporto, SBN: 176192
 8  JARVIS, FAY & DOPORTO, LLP
    475 14TH Street, Suite 260
 9  Oakland, CA 94612
    Telephone:   (510) 238-1400
10  Facsimile:   (510) 238-1404
    Email: rjarvis@jarvisfay.com
11
    Attorneys for Defendants
12  CITY OF UKIAH and UKIAH VALLEY
    SANITATION DISTRICT
13
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF UKIAH; UKIAH VALLEY SANITATION DISTRICT; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants.<br>_____/ | CASE NO:  C04 4518 CW (EMC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Date: October 13, 2005<br>Time: 9:30 a.m.<br>Courtroom C<br>Judge: Honorable Edward M. Chen<br><br>Complaint Filed:　　　　　　10/6/04<br>2nd Amended Complaint Filed:　6/13/05 |

The Parties have made substantial progress in settlement negotiations, and believe they are very close to reaching a settlement. Counsel requires a bit more time to finish negotiations, but anticipate that they will be able to avoid the need for an additional settlement conference. With the prior concurrence of Magistrate Judge Chen's chambers, the Parties therefore STIPULATE that the Settlement Conference set for October 13, 2005 is hereby continued to **October 27, 2005, at 9:30 a.m.**

IT IS SO STIPULATED

Dated: October 12, 2005

LAW OFFICE OF JACK SILVER

By: _____
Jerry Bernhaut
Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: October 12, 2005

JARVIS FAY & DOPORTO, LLP

By: _____
Rick W. Jarvis
Attorneys for Defendants CITY OF UKIAH and
UKIAH VALLEY SANITATION DISTRICT

IT IS SO ORDERED.

Dated: October 13, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

J:\Clients\107 [Ukiah]\[002 Riverwatch II]\Plead\Stipulation Continuing Settlement Conference.wpd