IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,         No. C 04-04518 CW

    Plaintiff,                             ORDER CLOSING CASE

  v.

CITY OF UKIAH, et al.,

    Defendants.
                                            /

    On January 13, 2006, the Court entered a Consent Decree and Order in the above-captioned action.  Accordingly,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  This Court shall retain jurisdiction to enforce the terms and conditions of the Consent Decree and to resolve any disputes arising thereunder for a period of five years from the entry of the Consent order.  Should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 1/17/06

                                                      *Claudia Wilken*
                                                    CLAUDIA WILKEN
                                                    United States District Judge